IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARZUQ AL-HAKIM,

     Appellant,

v.

RICK SCOTT, GOVERNOR,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2132

Opinion filed July 1, 2014.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Marzuq Al-Hakim, pro se, Appellant.

Blaine H. Winship, Tallahassee, for Appellee.

PER CURIAM.

DISMISSED. See Sprint v. Parole Comm'n, 933 So. 2d 1218 (Fla. 1st DCA 2006). Inasmuch as the lower tribunal entered a final order in this matter on July 11, 2013, appellant's request that the Court direct the lower tribunal to render an appealable final order is denied as moot.

VAN NORTWICK, PADOVANO, and MARSTILLER, JJ., CONCUR.